

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN 11 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMET MUSTAFA | ) | CIVIL ACTION NO. 07-1643 |
| VERSUS | ) | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | ) | MAGISTRATE JUDGE KAY ~~WILSON~~ |

### ORDER

The Court having before it the motion filed on behalf of the Respondents to dismiss this action, and upon due consideration, now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion to dismiss is granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the petition for a writ of habeas corpus filed by Amet Mustafa, Petitioner, is hereby dismissed.

THUS DONE AND SIGNED this 11th day of January, 2008, in Lake Charles, Louisiana.

UNITED STATES DISTRICT JUDGE

1